A90A0872. COKER v. K-MART CORPORATION.
(415 SE2d 198)

McMURRAY, Presiding Judge.

Our prior judgment in *Coker v. K-Mart Corp.*, 197 Ga. App. 701 (399 SE2d 249), wherein this Court reversed the trial court, having been reversed by the Supreme Court of Georgia in *K-Mart Corp. v. Coker*, 261 Ga. 745 (410 SE2d 425), our judgment is vacated and the judgment of the trial court is affirmed.

*Judgment affirmed. Sognier, C. J., and Carley, P. J., concur.*

DECIDED JANUARY 30, 1992.

D. William Garrett, Jr., for appellant.
Chambers, Mabry, McClelland & Brooks, John C. Stivarius, for appellee.